# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 13-46380 |
| | ) |
| | ) Chapter 7 |
| PAUL D. KOHLENBRENER, | ) |
| | ) Hon. Carol A. Doyle |
| Debtor. | ) Hearing Date: June 21, 2017 |
| | ) Hearing Time: 10:30 a.m. |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD., FOR COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:　　　　　　　　　　　　Kutchins, Robbins & Diamond, Ltd., Accountants

Authorized to Provide
Professional Services to:　　　　　　　　　　The Estate

Date of Order Authorizing
Employment:　　　　　　　　　　　　　　　January 25, 2017, retroactive to January 18, 2017

Period for which Compensation
and Reimbursement is Sought:　　　　　　　　January 18, 2017 through February 17, 2017

Amount of Final Fees Sought:　　　　　　　　$1,096.50

Amount of Final Expense
Reimbursement Sought:　　　　　　　　　　　$   0.00

This is an:　　X　Final　　　　Interim Application.

| Prior Applications | Date Filed | Amount Requested | Amount Awarded |
|---|---|---|---|
| None | | | |

Dated: May 16, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Kutchins, Robbins & Diamond, Ltd.,
　　　　　　　　　　　　　　　　　　　　　　Accountants


　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Lois West
　　　　　　　　　　　　　　　　　　　　　　　　　Lois West, CPA

38168047v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 13-46380 |
| | ) | |
| PAUL D. KOHLENBRENER, | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: June 21, 2017 |
| | ) | Hearing Time: 10:30 a.m. |

## FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD.. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Kutchins, Robbins & Diamond, Ltd.. ("KRD"), tax accountants for the Bankruptcy Estate of Paul D. Kohlenbrener (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period of January 18, 2017 through February 17, 2017 (the "Application Period"). In support of this Application, KRD states as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1. On December 2, 2013, the Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned Case.

2. On April 7, 2015, the case was converted to a case under chapter 7 of the Bankruptcy Code.

3. Thereafter, Gus A. Paloian was appointed as Chapter 7 Trustee for the Estate.

4. On May 13, 2015, the Trustee filed an Initial Report of Assets following the Debtor's May 8, 2015, Meeting of Creditors.

38168047v.1

5. By its Order of January 25, 2017, this Court authorized the Trustee to employ KRD as accountants for the Estate. A copy of the January 25, 2017 order is attached hereto as **Exhibit 1**.

### EXTENT AND NATURE OF SERVICES RENDERED

6. KRD has advised the Trustee as to the Estate tax matters and performed accounting services relating to the review of Trustee's Forms 1 and 2, Report of Sale for the sale of a vehicle, review of a settlement agreement in connection with estate assets, and preparation of federal and state income tax returns for 2016.

7. In this Application, KRD seeks the allowance of $1,096.50 in final compensation for necessary services rendered. A copy of KRD's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

8. This is the first and final application that KRD will file in the case.

9. KRD has not previously received payment of any compensation for services rendered in connection with this case. KRD has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of KRD.

### STATUS OF CASE

10. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

### RELIEF REQUESTED

WHEREFORE, KRD requests the entry of an Order:

A. Allowing KRD final compensation in the amount of $1,096.50;

  B. Authorizing the Trustee to pay KRD the amount of $1,096.50 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

  C. Granting such other and further relief as this Court deems proper.

Dated:  May 16, 2017  Respectfully submitted,

    Kutchins, Robbins & Diamond, Ltd., Accountants

    By:  /s/ Lois West
     Lois West, CPA

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PAUL D. KOHLENBRENER,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-46380<br><br>Chapter: 7<br>Honorable Carol Doyle |

**ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY KUTCHINS, ROBBINS & DIAMOND, LTD. AS HIS ACCOUNTANT, RETROACTIVELY**

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Kutchins, Robbins & Diamond, Ltd. ("KRD"), Retroactively, as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required;

IT IS ORDERED THAT:

1. The Application is granted.

2. The notice of the Application as given is deemed sufficient and proper.

3. In accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), the retention and employment of KRD, retroactive to January 18, 2017, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:      /s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  January 25, 2017

**Prepared by:**

Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 460-5000

# EXHIBIT 2



**Kutchins, Robbins & Diamond, Ltd.**
1101 Perimeter Drive, Suite 760
Schaumburg, Illinois 60173

Phone: (847) 240-1040
Fax: (847) 240-1055

www.krdcpas.com
rsandfox@krdcpas.com

| Invoice #: | 76528 | Date: | 02/28/17 |
|---|---|---|---|
| Amount: | $1,096.50 | Due: | 03/30/17 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Invoices | 1,096.50 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| **Amount Due** | **$1,096.50** |

Estate of Paul Kohlenbrener (13-46380)
c/o Gus Paloian, Trustee
131 S, Dearborn St., Suite 2400
Chicago, IL  60603

**All work performed per the attached detail.**



Please return this portion with payment.  Thank you for your prompt payment.

| Invoice #:  76528 | Amount Due:  $1,096.50 | ID: 54625 |
|---|---|---|
| Date:  02/28/2017 | Payment Amount:$ _____ | Estate of Paul Kohlenbrener |
| Due Date: 03/30/2017 | Payment Type:  ☐ Check  ☐ Credit Card | (13-46380) |

Net 30, If we have not received your payment within 30 days a service charge may be assessed at an annual rate of 18%.

Card Type: _____
Card #: _____
Exp Date: _____
3 or 4 Digit Code: _____
Signature: _____
Billing Address (if different than above): _____

VISA  MasterCard  DISCOVER

Please make checks payable to Kutchins, Robbins & Diamond, Ltd.

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|---|---|---|
| For Client: **Estate of Paul Kohlenbrener (13-46380)** | | | | | | 1,096.50 |
| 02/16/2017 | LLW | 3.50 | 255.00 | 892.50 | Preparation | Review settlement agreement and trustee's activity for 2015 and 2016. Prepare workpapers and federal and state fiduciary income tax returns for year ended 12/31/16. |
| 02/17/2017 | LLW | 0.50 | 255.00 | 127.50 | Preparation | Finalize returns for 12/31/16. Prepare 505(b) letters, draft statement for attachment to returns re: bankruptcy filing. Make manual changes as required. |
| 02/17/2017 | LLW | 0.30 | 255.00 | 76.50 | Review | Final review - check assembly and sign returns for year ended 12/31/16 - forms 1041/1040 and IL-1041/IL-1040. |

| Billed Amount | $1,096.50 |
|---|---|
| **Invoice Total** | **$1,096.50** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-46380 |
| | ) | |
| PAUL D. KOHLENBRENER | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO KUTCHINS, ROBBINS & DIAMOND, LTD., AS ACCOUNTANTS TO CHAPTER 7 TRUSTEE GUS A. PALOIAN**

This matter coming to be heard on the First and Final Application for Allowance of Compensation and Expense Reimbursement of Kutchins, Robbins & Diamond, Ltd., as Accountants to Gus A. Paloian, Trustee; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Kutchins, Robbins & Diamond, Ltd. is awarded final compensation in the amount of $1,096.50; and

IT IS FURTHER ORDERED that Gus A. Paloian, Trustee is authorized to pay the amounts awarded from the funds on hand in the estate as part of his final distribution in this case.

Enter:

Dated:                                                                                   United States Bankruptcy Judge

**Prepared by:**
Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko