IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 13-46380-CAD |
| | ) |
| PAUL D. KOHLENBRENER, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Carol A. Doyle |
| | ) Hearing Date: June 21, 2017 |
| | ) Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on May 17, 2017, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated:  May 18, 2017

/s/ Jennifer M. McManus
Jennifer M. McManus

Subscribed and sworn to be before me
this 18th day of May, 2017

_____
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

39133467v.1

## PAUL D. KOHLENBRENER
## SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| Joseph E. Cohen | jcohen@cohenandkrol.com, jcohenattorney@gmail.com; gkrol@cohenandkrol.com; jneiman@cohenandkrol.com; trotman@cohenandkrol.com |
| David J. Frankel | dfrankel@sormanfrankel.com; ckauffman@sormanfrankel.com |
| Maria Georgopoulos | nd-three@il.cslegal.com |
| Patrick S. Layng | USTPRegion11.es.ecf@usdoj.gov |
| Christopher J. Stasko | ND-Four@il.cslegal.com |
| Martin D. Tasch | mtasch@momlaw.com |
| Joel P. Fonferko | ND-One@il.cslegal.com |

**SERVED VIA CERTIFIED U.S. MAIL, POSTAGE PREPAID**

Brian Moynihan
Chief Executive Officer
Bank of America
100 North Tryon Street, Suite 170
Charlotte, North Carolina  28202

Richard D. Fairbank
Chief Executive Officer
Capital One Bank USA NA
c/o TSYS Debt Management (TDM)
6125 Lakeview Rd., Ste. 800
Charlotte, NC 28269

Donald A. Roubitchek, EVP, CFO
First American Bank
700 Busse Road
Elk Grove Village, IL 60007

MB Financial Bank, N.A.
Attn:  Mitchell S. Geiger,
President, CEO
800 W. Madison Street
Chicago, IL  60607

Chase Bank
c/o J.P. Morgan Chase & Co.
Attn:  Mark W. O'Donovan
Managing Director and Corporate Controller
270 Park Avenue
New York, NY  10017

Salvador Villar
Chief Executive Officer
Citibank Banamex, USA
2029 Century Park E 42 FL
Los Angeles, CA 90067-2901

Keith S. Sherin
Chairman & Chief Executive Officer
GE Capital
901 Main Ave
Norwalk, CT, 06851 United States

Gerald Hassell
Chairman and Chief Executive Officer
BNY Mellon
One Wall Street
New York, NY  10286

39133467v.1

## SERVICE LIST

**VIA UNITED STATES MAIL**

Bank of America, N.A.
2380 Performance Drive
Richardson, TX 75082

Recovery Management Systems Corporation
25 SE Second Avenue, Suite 1120
Miami, FL 33131

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. 3001
Malvern, PA 19355-0701

Chase
P.O. Box 15298
Wilmington, DE 19850

Citibank N.A.
c/o Citibank (South Dakota), N.A.
Attn: Claims Dept. MC 2235
701 E. 60th Street North
Sioux Falls, SD 57117

First American Bank
700 Busse Rd.
Elk Grove Village, IL 60007

GE Money Bank
P.O. Box 96001
Orlando, FL 32896

Altair Oh XIII, LLC
c/o Weinstein, Pinson and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121

American Express
P.O. Box 3001
16 General Warren Blvd
Malvern, PA 19355

Capital/Neiman
**undeliverable as addressed**
26525 N Riverwoods Blvd
Mettawa, IL 60045

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Discover Student Loans
P.O. Box 30925
Salt Lake City, UT 84130

First American Bank
80 Stratford Drive
Bloomingdale, IL 60108

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

39133467v.1

Zachary M. Goldman
returned: undeliverable as addressed
27 The Court of Greenway
Northbrook, IL 60062-3204

MB Financial Services
36455 Corporate Drive
Farmington Hills, MI 48331

Navient Solutions Inc.
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673

Portfolio Recovery Associates, LLC
successor CAPITAL ONE, NA (Neiman
Marcus) by PRA Receivables
Management LLC
P.O. 41067
Norfolk, VA  23541

Sallie Mae
P.O. Box 9655
Wilkes Barre, PA 18773

Toyota Motor Credit
Toyota Financial Services
P.O. Box 8026
Cedar Rapids, IA 52408

The Bank of New York Mellon
f/k/a The Bank of New York
Mail Code CA6-919-01-23
400 National Way
Simi Valley, CA 93065

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Mercedes-Benz Financial Services USA LLC
f/k/a DCF
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Northwestern Memorial Hospital
returned: undeliverable as addressed
251 E. Huron St.
Chicago, IL 60611

Steven Holzman
3305 South Moorings Way
Miami, FL  33133

Student Loan Trust
701 East 60th Street Nor
Sioux Falls, SD 57104

Student Loan Corp
P.O. Box 30948
Salt Lake City, UT 84130

U.S. Dept. of Education
P.O. Box 7860
Madison, WI 53707

39133467v.1

U.S. Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708-8973