**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-46380 |
| | § | |
| PAUL D KOHLENBRENER | § | |
| | § | |
| | § | |
| Debtor | § | |

**AMENDED**
**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>0</u> of the United States Bankruptcy Code was filed on <u>12/02/2013</u>. The case was converted to one under Chapter 7 on 04/02/2015. The undersigned trustee was appointed on <u>04/02/2015</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.   The trustee realized gross receipts of                                  $125,570.03

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $5,161.49 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $120,408.54 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/14/2015 and the deadline for filing government claims was 08/14/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,522.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,522.50, for a total compensation of $9,522.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/19/2017               By:   /s/ Gus A. Paloian
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 13-46380   Doc 135   Filed 06/19/17   Entered 06/19/17 15:32:56   Desc Main
Document      Page 3 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit A

| Case No.: | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | Date Filed (f) or Converted (c): | 04/02/2015 (c) |
| For the Period Ending: | 6/19/2017 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 08/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Property - 420 Anjou Drive, Northbrook, IL 60062 | $740,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Real Property - Marriott Timeshare in Desert Springs, CA | Unknown | $0.00 | | $0.00 | FA |
| 3 | Cash | $150.00 | $150.00 | | $0.00 | FA |
| 4 | Chase - DDA | $2,638.60 | $2,638.60 | | $2,638.60 | FA |
| 5 | Chase - MMA | $3,638.94 | $3,138.94 | | $3,638.94 | FA |
| 6 | Charles Schwab - DDA | $1,931.47 | $1,931.47 | | $1,931.47 | FA |
| 7 | Charles Schwab - MMA | $13,740.96 | $11,740.96 | | $11,241.02 | FA |
| 8 | Household goods and furnishings (listed in Attachment A to Schedule B) | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 9 | Various hard and Soft Cover fiction and non-fiction entertainment/business books | $500.00 | $500.00 | OA | $0.00 | FA |
| 10 | Men's business and casual clothing | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 11 | 7 Fake Chinese Designer Watches | $350.00 | $350.00 | OA | $0.00 | FA |
| 12 | Guns and knives (listed on Attachment B to Schedule B) | $2,500.00 | $2,500.00 | | $0.00 | FA |
| Asset Notes: | Trustee will administer this asset. | | | | | |
| 13 | 2 Jackson National Term 60 Policies - Spouse is Beneficiary (No Cash Value) - $4 million face value | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Exemption - 100% | | | | | |
| 14 | Prudential Annuity | $44,112.00 | $0.00 | | $42,500.00 | FA |
| Asset Notes: | Settled - Order entered 9/21/16 | | | | | |
| 15 | Marsh & Mclennan (BEP and SERP) - $2,210.46 monthly | $26,525.52 | $0.00 | | $42,500.00 | FA |
| Asset Notes: | Settled - Order entered 9/21/16 | | | | | |
| 16 | BBPK General Partnership - 2.5% Investment in Mid Point Holdings LLC | $1,000.00 | $5,000.00 | | $5,400.00 | FA |
| Asset Notes: | Notice of Abandonment filed 11/10/16 | | | | | |
| 17 | 2002 Nissan Pathfinder | $1,250.00 | $1,250.00 | OA | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2   Exhibit A

| Case No.: | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
| Case Name: | KOHLENBRENER, PAUL D | Date Filed (f) or Converted (c): | 04/02/2015 (c) |
| For the Period Ending: | 6/19/2017 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18  2010 Mercedes GLK | $18,500.00 | $16,100.00 | | $15,600.00 | FA |
| Asset Notes:   Trustee will administer this asset. | | | | | |
| 19  2013 Toyota Highlander Lease | $0.00 | $0.00 | OA | $0.00 | FA |
| 20  2006 Honda VTX 1800S | $5,000.00 | $5,000.00 | OA | $0.00 | FA |
| 21  Home office, 2 file cabinets, leather chair, computer table w/o computer | $250.00 | $250.00 | OA | $0.00 | FA |
| 22  2 Mini Poodles - 5 years old | $10.00 | $10.00 | OA | $0.00 | FA |
| 23  Yahama Upright Piano | $500.00 | $500.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $865,597.49 | $51,059.97 | | $125,450.03 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/29/2016   Case was converted to Chapter 7 on 4/2/15. The Trustee has sold assets of the Estate and settled with Debtor in connection with Asset Nos. 14, 15 and 16.

On 9/21/16, the settlement Order was entered and settlement funds were received on 9/22/16. Pursuant to the settlement, a Notice of Abandonment was filed re: Asset No. 16 on 11/10/16. The case is ready to close.

**Initial Projected Date Of Final Report (TFR):**       **Current Projected Date Of Final Report (TFR):**   03/31/2017      /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-46380-CAD | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6489 | | Checking Acct #: | ******0351 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | PAUL D. KOHLENBRENER |
| For Period Beginning: | 12/2/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/19/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2015 | | LAUREN KOHLENBRENER | LIQUIDATION OF MERCEDES GLK AND CASH ACCOUNTS | * | $35,050.03 | | $35,050.03 |
| | {18} | | LIQUIDATION OF MERCEDES GLK    $15,600.00 | 1129-000 | | | $35,050.03 |
| | {4} | | LIQUIDATION OF CHASE DDA    $2,638.60 | 1129-000 | | | $35,050.03 |
| | {5} | | LIQUIDATION OF CHASE MMA    $3,638.94 | 1129-000 | | | $35,050.03 |
| | {6} | | LIQUIDATION OF CHARLES SCHWAB DDA    $1,931.47 | 1129-000 | | | $35,050.03 |
| | {7} | | LIQUIDATION OF CHARLES SCHWAB MMA    $11,241.02 | 1129-000 | | | $35,050.03 |
| 02/22/2016 | 1001 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $14.26 | $35,035.77 |
| 04/18/2016 | (16) | BRUCE L. BORUSZAK | BBPK GENERAL PARTNERSHIP DISTRIBUTION | 1149-000 | $400.00 | | $35,435.77 |
| 09/22/2016 | (14) | LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | 1149-000 | $90,000.00 | | $125,435.77 |
| 09/22/2016 | (14) | DEP REVERSE: LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | 1149-000 | ($90,000.00) | | $35,435.77 |
| 09/22/2016 | | LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | * | $90,000.00 | | $125,435.77 |
| | {14} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO PRUDENTIAL ANNUITY EXEMPTION    $42,500.00 | 1149-000 | | | $125,435.77 |
| | {15} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO MARSH & McLENNAN BEP AND SERP EXEMPTION    $42,500.00 | 1149-000 | | | $125,435.77 |
| | {16} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO BBPK GENERAL PARTNERSHIP INTERESTS EXEMPTION    $5,000.00 | 1149-000 | | | $125,435.77 |
| 02/08/2017 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $40.23 | $125,395.54 |
| 02/08/2017 | 1003 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $40.23 | $125,355.31 |
| | | | **SUBTOTALS** | | $125,450.03 | $94.72 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6489 | Checking Acct #: | ******0351 |
| Co-Debtor Taxpayer ID #: | | Account Title: | PAUL D. KOHLENBRENER |
| For Period Beginning: | 12/2/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2017 | 1003 | VOID: INTERNATIONAL SURETIES, LTD. | DUPLICATE BOND PREMIUM CHECK - VOID | 2300-003 | | ($40.23) | $125,395.54 |
| 02/23/2017 | 1004 | UNITED STATES TREASURY | EIN - 30-6496489 - 2016 FORM 1041 | 2810-000 | | $3,656.00 | $121,739.54 |
| 02/23/2017 | 1005 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6496489 - 2016 IL-1041-V | 2820-000 | | $1,451.00 | $120,288.54 |
| 06/08/2017 | | ILLINOIS DEPT. OF REVENUE | REFUND OF 2016 TAXES | 1124-000 | $120.00 | | $120,408.54 |
| | | | TOTALS: | | $125,570.03 | $5,161.49 | $120,408.54 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $125,570.03 | $5,161.49 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $125,570.03 | $5,161.49 | |

| For the period of 12/2/2013 to 6/19/2017 | | For the entire history of the account between 09/09/2015 to 6/19/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $125,570.03 | Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 | Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,161.49 | Total Compensable Disbursements: | $5,161.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,161.49 | Total Comp/Non Comp Disbursements: | $5,161.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6489 | Checking Acct #: | ******0351 |
| Co-Debtor Taxpayer ID #: | | Account Title: | PAUL D. KOHLENBRENER |
| For Period Beginning: | 12/2/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $125,570.03 | $5,161.49 | $120,408.54 |

| For the period of 12/2/2013 to 6/19/2017 | | For the entire history of the case between 04/02/2015 to 6/19/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $125,570.03 | Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 | Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,161.49 | Total Compensable Disbursements: | $5,161.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,161.49 | Total Comp/Non Comp Disbursements: | $5,161.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

# CLAIM ANALYSIS REPORT

| Case No.: | 13-46380-CAD | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | KOHLENBRENER, PAUL D | | | | Date: | 6/19/2017 |
| Claims Bar Date: | 08/14/2015 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 11/09/2015 | Trustee Compensation | Allowed | 2100-000 | $9,522.50 | $9,522.50 | $9,522.50 | $0.00 | $0.00 | $0.00 | $9,522.50 |
| | SEYFARTH SHAW LLP | 09/20/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $37,403.50 | $37,403.50 | $0.00 | $0.00 | $0.00 | $37,403.50 |

**Claim Notes:** FIRST AND FINAL FEE APPLICATION

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KUTCHINS, ROBBINS & DIAMOND, LTD.<br><br>35 E. WACKER DR., SUITE 1550<br>CHICAGO IL 60601 | 09/20/2016 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $1,096.50 | $1,096.50 | $0.00 | $0.00 | $0.00 | $1,096.50 |
| | SEYFARTH SHAW LLP | 03/20/2017 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $100.60 | $100.60 | $0.00 | $0.00 | $0.00 | $100.60 |

**Claim Notes:** FIRST AND FINAL EXPENSES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CITIBANK N.A.<br><br>c/o Citibank (South Dakota), N.A.<br>ATTN: Claims Dept. MC 2235<br>701 E 60th Street North<br>Sioux Falls SD 57117 | 12/05/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,261.74 | $5,261.74 | $0.00 | $0.00 | $0.00 | $5,261.74 |

**Claim Notes:** (1-1) Student Loan

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | TOYOTA MOTOR CREDIT CORPORATION (TMCC)<br>PO BOX 8026<br>Io  52408-8026 | 12/11/2013 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $16,137.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No.: | 13-46380-CAD | | | | | | | Trustee Name: | | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | | | | | | | Date: | | 6/19/2017 | |
| Claims Bar Date: | 08/14/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | MERCEDES-BENZ FINANCIAL SERVICES USA LLC F/K/A DCF   c/o BK Servicing, LLC   PO Box 131265   Roseville MN 55113-0011 | 12/31/2013 | SECURED CLAIMS | Disallowed | 4110-000 | $0.00 | $8,813.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (3-1) 2010 MERCEDES GLK350W4 | | | | | | | | | | | |
| 4 | DISCOVER STUDENT LOANS   PO BOX 30925   Salt Lake City UT 84130 | 01/04/2014 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $33,921.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (4-1) Student Loan | | | | | | | | | | | |
| 5 | DISCOVER STUDENT LOANS   PO BOX 30925   Salt Lake City UT 84130 | 01/04/2014 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $31,685.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) Student Loan | | | | | | | | | | | |
| 6 | US DEPARTMENT OF EDUCATION   Claims Filing Unit   PO Box 8973   Madison WI 53708-8973 | 01/23/2014 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $25,422.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (6-1) student loans | | | | | | | | | | | |
| 7 | ALTAIR OH XIII, LLC   C O WEINSTEIN,PINSON AND RILEY, PS   2001 WESTERN AVENUE, STE 400   SEATTLE WA 98121 | 02/07/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,421.54 | $24,994.57 | $0.00 | $0.00 | $0.00 | $24,994.57 |
| 8 | AMERICAN EXPRESS CENTURION BANK   c o Becket and Lee LLP   POB 3001   Malvern PA 19355-0701 | 03/14/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,024.32 | $34,527.47 | $0.00 | $0.00 | $0.00 | $34,527.47 |
| **Claim Notes:** | (8-1) CREDIT CARD DEBT | | | | | | | | | | | |

| Case No.: | 13-46380-CAD | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | KOHLENBRENER, PAUL D | | | | | | | Date: | 6/19/2017 |
| Claims Bar Date: | 08/14/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | FIRST AMERICAN BANK<br>80 Stratford Drive<br>Bloomingdale IL 60108 | 03/18/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $553,700.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Claim Notes: | 10/18/15 - WITHDRAWN BY CLAIMANT PER DOCKET NO. 85 | | | | | | | | | | | |
| 10 | THE BANK OF NEW YORK MELLON<br>fka The Bank of New York<br>Mail Code CA6-919-01-23<br>400 National Way<br>Simi Valley CA 93065 | 03/31/2014 | SECURED CLAIMS | Disallowed | 4110-000 | $0.00 | $466,605.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 04/03/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,602.68 | $35,005.33 | $0.00 | $0.00 | $0.00 | $35,005.33 |
| Claim Notes: | (11-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor CAPITAL ONE, NA(Neiman Marcus)<br>by PRA Receivables Management LLC<br>POB 41067<br>Norfolk VA 23541 | 04/21/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $59.13 | $59.13 | $0.00 | $0.00 | $0.00 | $59.13 |
| 13 | NAVIENT SOLUTIONS INC.<br>Po Box9640<br>Barre PA 18773-9640 | 05/19/2015 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $26,643.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NAVIENT SOLUTIONS INC.<br>Po Box9640<br>Barre PA 18773-9640 | 05/19/2015 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $23,844.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No. | 13-46380-CAD | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | | | | Date: | 6/19/2017 |
| Claims Bar Date: | 08/14/2015 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | INTERNAL REVENUE SERVICE<br><br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/20/2015 | Claims of Governmental Units - 507(8) | Disallowed | 5800-000 | $0.00 | $7,972.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15a | INTERNAL REVENUE SERVICE<br><br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 05/20/2015 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $244.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 08/14/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,431.49 | $5,431.49 | $0.00 | $0.00 | $0.00 | $5,431.49 |
| | | | | | | $1,368,915.77 | $153,402.83 | $0.00 | $0.00 | $0.00 | | $153,402.83 |

| Case No.        | 13-46380-CAD        | Trustee Name: | Gus A. Paloian |
|-----------------|---------------------|---------------|----------------|
| Case Name:      | KOHLENBRENER, PAUL D| Date:         | 6/19/2017      |
| Claims Bar Date:| 08/14/2015          |               |                |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $1,096.50 | $1,096.50 | $0.00 | $0.00 | $0.00 | $1,096.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $100.60 | $100.60 | $0.00 | $0.00 | $0.00 | $100.60 |
| Attorney for Trustee Fees (Trustee Firm) | $37,403.50 | $37,403.50 | $0.00 | $0.00 | $0.00 | $37,403.50 |
| Claims of Governmental Units - 507(8) | $7,972.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $283,700.46 | $105,279.73 | $0.00 | $0.00 | $0.00 | $105,279.73 |
| SECURED CLAIMS | $1,029,119.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $9,522.50 | $9,522.50 | $0.00 | $0.00 | $0.00 | $9,522.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      13-46380
Case Name:     PAUL D KOHLENBRENER
Trustee Name:  Gus A. Paloian

|  |  |
|---|---:|
| Balance on hand: | $120,408.54 |

Claims of secured creditors will be paid as follows:

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $120,408.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $9,522.50 | $0.00 | $9,522.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $37,403.50 | $0.00 | $37,403.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $100.60 | $0.00 | $100.60 |
| KUTCHINS, ROBBINS & DIAMOND, LTD., Accountant for Trustee Fees | $1,096.50 | $0.00 | $1,096.50 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $48,123.10 |
| Remaining balance: | $72,285.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $72,285.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                                         |                |
|----------------------------------------:|---------------:|
| Total to be paid to priority claims:    | $0.00          |
| Remaining balance:                      | $72,285.44     |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,279.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1  | Citibank N.A.                      | $5,261.74  | $0.00 | $3,612.73  |
| 7  | ALTAIR OH XIII, LLC                | $24,994.57 | $0.00 | $17,161.36 |
| 8  | American Express Centurion Bank    | $34,527.47 | $0.00 | $23,706.68 |
| 11 | American Express Bank, FSB         | $35,005.33 | $0.00 | $24,034.79 |
| 12 | Portfolio Recovery Associates, LLC | $59.13     | $0.00 | $40.60     |
| 16 | Synchrony Bank                     | $5,431.49  | $0.00 | $3,729.28  |

|                                                     |            |
|----------------------------------------------------:|-----------:|
| Total to be paid to timely general unsecured claims: | $72,285.44 |
| Remaining balance:                                  | $0.00      |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                                             |        |
|------------------------------------------------------------:|-------:|
| Total to be paid to tardily filed general unsecured claims: | $0.00  |
| Remaining balance:                                          | $0.00  |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**