UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-46380 |
| PAUL D. KOHLENBRENER | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SEYFARTH SHAW LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF APRIL 7, 2015 THROUGH THE CLOSE OF THE CASE**

Upon the consideration of the First and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of April 7, 2015, through the Close of the Case, and for Other Related Relief; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no further notice being required; and the Court having reviewed the Application; and it is hereby

ORDERED that Seyfarth is allowed final compensation in the amount of $37,403.50 as reasonable compensation for actual and necessary legal services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $100.60 for actual and necessary expenses incurred in the performance of services rendered to the Trustee.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 21, 2017

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000