UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PAUL D. KOHLENBRENER<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  13-46380<br><br>Chapter:  7<br>Honorable Carol Doyle |

## ORDER AWARDING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO KUTCHINS, ROBBINS & DIAMOND, LTD., AS ACCOUNTANTS TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

This matter coming to be heard on the First and Final Application for Allowance of Compensation and Expense Reimbursement of Kutchins, Robbins & Diamond, Ltd., as Accountants to Gus A. Paloian, Trustee; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Kutchins, Robbins & Diamond, Ltd. is awarded final compensation in the amount of $1,096.50; and

IT IS FURTHER ORDERED that Gus A. Paloian, Trustee is authorized to pay the amounts awarded from the funds on hand in the estate as part of his final distribution in this case.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 21, 2017

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000