**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-46380 |
| | § | |
| PAUL D KOHLENBRENER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $735,510.00 | Assets Exempt: | $64,612.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $72,285.44 | Claims Discharged Without Payment: | $200,911.44 |
| Total Expenses of Administration: | $53,284.59 | | |

   3)   Total gross receipts of $125,570.03 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $125,570.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,039,779.00 | $1,029,119.27 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $53,284.59 | $53,284.59 | $53,284.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $7,972.94 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $303,151.15 | $283,700.46 | $105,279.73 | $72,285.44 |
| **Total Disbursements** | $1,342,930.15 | $1,374,077.26 | $158,564.32 | $125,570.03 |

4). This case was originally filed under chapter 13 on 12/02/2013. The case was converted to one under Chapter 7 on 04/02/2015. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2018          By:   /s/ Gus A. Paloian
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| ILLINOIS DEPT. OF REVENUE | 1124-000 | $120.00 |
| 2010 Mercedes GLK | 1129-000 | $15,600.00 |
| Charles Schwab - DDA | 1129-000 | $1,931.47 |
| Charles Schwab - MMA | 1129-000 | $11,241.02 |
| Chase - DDA | 1129-000 | $2,638.60 |
| Chase - MMA | 1129-000 | $3,638.94 |
| BBPK General Partnership - 2.5% Investment in Mid Point Holdings LLC | 1149-000 | $5,400.00 |
| Marsh & Mclennan (BEP and SERP) - $2,210.46 monthly | 1149-000 | $42,500.00 |
| Prudential Annuity | 1149-000 | $42,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,570.03** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Mercedes-Benz Financial Services USA LLC f/k/a DCF | 4110-000 | $0.00 | $8,813.49 | $0.00 | $0.00 |
| 9 | First American Bank | 4110-000 | $0.00 | $553,700.27 | $0.00 | $0.00 |
| 10 | The Bank of New York Mellon | 4110-000 | $465,458.00 | $466,605.51 | $0.00 | $0.00 |
| | Fst Amer Bk | 4110-000 | $547,297.00 | $0.00 | $0.00 | $0.00 |
| | Mb Fin Svcs | 4110-000 | $10,398.00 | $0.00 | $0.00 | $0.00 |
| | Toyota Motor Credit | 4110-000 | $16,626.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,039,779.00** | **$1,029,119.27** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $9,522.50 | $9,522.50 | $9,522.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $14.26 | $14.26 | $14.26 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $40.23 | $40.23 | $40.23 |
| UNITED STATES TREASURY | 2810-000 | NA | $3,656.00 | $3,656.00 | $3,656.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | $1,451.00 | $1,451.00 | $1,451.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $37,403.50 | $37,403.50 | $37,403.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $100.60 | $100.60 | $100.60 |
| KUTCHINS, ROBBINS & DIAMOND, LTD., Accountant for Trustee | 3410-000 | NA | $1,096.50 | $1,096.50 | $1,096.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $53,284.59 | $53,284.59 | $53,284.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Internal Revenue Service | 5800-000 | $0.00 | $7,972.94 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $7,972.94 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank N.A. | 7100-000 | $0.00 | $5,261.74 | $5,261.74 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 1; Citibank N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $3,612.73 |
| 2 | Toyota Motor Credit Corporation (TMCC) | 7100-000 | $0.00 | $16,137.00 | $0.00 | $0.00 |
| 4 | Discover Student Loans | 7100-000 | $0.00 | $33,921.41 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Discover Student Loans | 7100-000 | $0.00 | $31,685.84 | $0.00 | $0.00 |
| 6 | US Department of Education | 7100-000 | $25,535.00 | $25,422.75 | $0.00 | $0.00 |
| 7 | ALTAIR OH XIII, LLC | 7100-000 | $26,690.00 | $30,421.54 | $24,994.57 | $17,161.36 |
| 8 | American Express Centurion Bank | 7100-000 | $41,998.00 | $42,024.32 | $34,527.47 | $23,706.68 |
| 11 | American Express Bank, FSB | 7100-000 | $40,804.00 | $42,602.68 | $35,005.33 | $24,034.79 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | $207.00 | $59.13 | $59.13 | $40.60 |
| 13 | Navient Solutions Inc. | 7100-000 | $0.00 | $26,643.26 | $0.00 | $0.00 |
| 14 | Navient Solutions Inc. | 7100-000 | $0.00 | $23,844.56 | $0.00 | $0.00 |
| 15a | Internal Revenue Service | 7100-000 | $0.00 | $244.74 | $0.00 | $0.00 |
| 16 | Synchrony Bank | 7100-000 | $0.00 | $5,431.49 | $5,431.49 | $3,729.28 |
| | Chase | 7100-000 | $42,617.00 | $0.00 | $0.00 | $0.00 |
| | Sallie Mae | 7100-000 | $24,816.00 | $0.00 | $0.00 | $0.00 |
| | Sallie Mae | 7100-000 | $11,511.00 | $0.00 | $0.00 | $0.00 |
| | Steven Holzman | 7100-000 | $16,986.15 | $0.00 | $0.00 | $0.00 |
| | Stu Ln Trust | 7100-000 | $5,650.00 | $0.00 | $0.00 | $0.00 |
| | Student Loan Corp | 7100-000 | $34,270.00 | $0.00 | $0.00 | $0.00 |
| | Student Loan Corp | 7100-000 | $32,067.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $303,151.15 | $283,700.46 | $105,279.73 | $72,285.44 |

Case 13-46380    Doc 141    Filed 01/30/18    Entered 01/30/18 15:51:24    Desc Main
Document    Page 6 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | Date Filed (f) or Converted (c): | 04/02/2015 (c) |
| For the Period Ending: | 1/9/2018 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property - 420 Anjou Drive, Northbrook, IL 60062 | $740,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Real Property - Marriott Timeshare in Desert Springs, CA | Unknown | $0.00 | | $0.00 | FA |
| 3 | Cash | $150.00 | $150.00 | | $0.00 | FA |
| 4 | Chase - DDA | $2,638.60 | $2,638.60 | | $2,638.60 | FA |
| 5 | Chase - MMA | $3,638.94 | $3,138.94 | | $3,638.94 | FA |
| 6 | Charles Schwab - DDA | $1,931.47 | $1,931.47 | | $1,931.47 | FA |
| 7 | Charles Schwab - MMA | $13,740.96 | $11,740.96 | | $11,241.02 | FA |
| 8 | Household goods and furnishings (listed in Attachment A to Schedule B) | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 9 | Various hard and Soft Cover fiction and non-fiction entertainment/business books | $500.00 | $500.00 | OA | $0.00 | FA |
| 10 | Men's business and casual clothing | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 11 | 7 Fake Chinese Designer Watches | $350.00 | $350.00 | OA | $0.00 | FA |
| 12 | Guns and knives (listed on Attachment B to Schedule B) | $2,500.00 | $2,500.00 | | $0.00 | FA |
| Asset Notes: | Trustee will administer this asset. | | | | | |
| 13 | 2 Jackson National Term 60 Policies - Spouse is Beneficiary (No Cash Value) - $4 million face value | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Exemption - 100% | | | | | |
| 14 | Prudential Annuity | $44,112.00 | $0.00 | | $42,500.00 | FA |
| Asset Notes: | Settled - Order entered 9/21/16 | | | | | |
| 15 | Marsh & Mclennan (BEP and SERP) - $2,210.46 monthly | $26,525.52 | $0.00 | | $42,500.00 | FA |
| Asset Notes: | Settled - Order entered 9/21/16 | | | | | |
| 16 | BBPK General Partnership - 2.5% Investment in Mid Point Holdings LLC | $1,000.00 | $5,000.00 | | $5,400.00 | FA |
| Asset Notes: | Notice of Abandonment filed 11/10/16 | | | | | |
| 17 | 2002 Nissan Pathfinder | $1,250.00 | $1,250.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 13-46380-CAD | | Trustee Name: | Gus A. Paloian |
| Case Name: | KOHLENBRENER, PAUL D | | Date Filed (f) or Converted (c): | 04/02/2015 (c) |
| For the Period Ending: | 1/9/2018 | | §341(a) Meeting Date: | 05/08/2015 |
| | | | Claims Bar Date: | 08/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 18 | 2010 Mercedes GLK | $18,500.00 | $16,100.00 | | $15,600.00 | FA |
| **Asset Notes:** | Trustee will administer this asset. | | | | | |
| 19 | 2013 Toyota Highlander Lease | $0.00 | $0.00 | OA | $0.00 | FA |
| 20 | 2006 Honda VTX 1800S | $5,000.00 | $5,000.00 | OA | $0.00 | FA |
| 21 | Home office, 2 file cabinets, leather chair, computer table w/o computer | $250.00 | $250.00 | OA | $0.00 | FA |
| 22 | 2 Mini Poodles - 5 years old | $10.00 | $10.00 | OA | $0.00 | FA |
| 23 | Yahama Upright Piano | $500.00 | $500.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**

|  | $865,597.49 | $51,059.97 | | $125,450.03 | $0.00 |

**Major Activities affecting case closing:**

06/30/2017    The Final Report was filed with the Court on 5/17/17. Final distribution to creditors was made on 6/22/17. The Trustee is waiting for a zero bank balance in order to submit the Final Account.

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):** 03/31/2017       /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-46380-CAD | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | KOHLENBRENER, PAUL D | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6489 | Checking Acct #: | ******0351 |
| Co-Debtor Taxpayer ID #: | | Account Title: | PAUL D. KOHLENBRENER |
| For Period Beginning: | 12/2/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2015 | | LAUREN KOHLENBRENER | LIQUIDATION OF MERCEDES GLK AND CASH ACCOUNTS | | * | $35,050.03 | | $35,050.03 |
| | {18} | | LIQUIDATION OF MERCEDES GLK | $15,600.00 | 1129-000 | | | $35,050.03 |
| | {4} | | LIQUIDATION OF CHASE DDA | $2,638.60 | 1129-000 | | | $35,050.03 |
| | {5} | | LIQUIDATION OF CHASE MMA | $3,638.94 | 1129-000 | | | $35,050.03 |
| | {6} | | LIQUIDATION OF CHARLES SCHWAB DDA | $1,931.47 | 1129-000 | | | $35,050.03 |
| | {7} | | LIQUIDATION OF CHARLES SCHWAB MMA | $11,241.02 | 1129-000 | | | $35,050.03 |
| 02/22/2016 | 1001 | ARTHUR B. LEVINE CO. | Bond Payment | | 2300-000 | | $14.26 | $35,035.77 |
| 04/18/2016 | (16) | BRUCE L. BORUSZAK | BBPK GENERAL PARTNERSHIP DISTRIBUTION | | 1149-000 | $400.00 | | $35,435.77 |
| 09/22/2016 | (14) | LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | | 1149-000 | $90,000.00 | | $125,435.77 |
| 09/22/2016 | (14) | DEP REVERSE: LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | | 1149-000 | ($90,000.00) | | $35,435.77 |
| 09/22/2016 | | LAUREN KOHLENBRENER | SETTLEMENT OF TRUSTEE'S OBJECTIONS TO EXEMPTIONS PER COURT ORDER DATED 9/21/16 | | * | $90,000.00 | | $125,435.77 |
| | {14} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO PRUDENTIAL ANNUITY EXEMPTION | $42,500.00 | 1149-000 | | | $125,435.77 |
| | {15} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO MARSH & McLENNAN BEP AND SERP EXEMPTION | $42,500.00 | 1149-000 | | | $125,435.77 |
| | {16} | | SETTLEMENT OF TRUSTEE'S OBJECTION TO BBPK GENERAL PARTNERSHIP INTERESTS EXEMPTION | $5,000.00 | 1149-000 | | | $125,435.77 |
| 02/08/2017 | 1002 | INTERNATIONAL SURETIES, LTD. | Bond Payment | | 2300-000 | | $40.23 | $125,395.54 |
| 02/08/2017 | 1003 | INTERNATIONAL SURETIES, LTD. | Bond Payment | | 2300-000 | | $40.23 | $125,355.31 |

| | | | | | SUBTOTALS | $125,450.03 | $94.72 | |

**FORM 2**
Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-46380-CAD | |
| **Case Name:** | KOHLENBRENER, PAUL D | |
| **Primary Taxpayer ID #:** | **-***6489 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/2/2013 | |
| **For Period Ending:** | 1/9/2018 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0351 |
| **Account Title:** | PAUL D. KOHLENBRENER |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2017 | 1003 | VOID: INTERNATIONAL SURETIES, LTD. | DUPLICATE BOND PREMIUM CHECK - VOID | 2300-003 | | ($40.23) | $125,395.54 |
| 02/23/2017 | 1004 | UNITED STATES TREASURY | EIN - 30-6496489 - 2016 FORM 1041 | 2810-000 | | $3,656.00 | $121,739.54 |
| 02/23/2017 | 1005 | ILLINOIS DEPT. OF REVENUE | EIN: 30-6496489 - 2016 IL-1041-V | 2820-000 | | $1,451.00 | $120,288.54 |
| 06/08/2017 | | ILLINOIS DEPT. OF REVENUE | REFUND OF 2016 TAXES | 1124-000 | $120.00 | | $120,408.54 |
| 06/22/2017 | 1006 | KUTCHINS, ROBBINS & DIAMOND, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,096.50 | $119,312.04 |
| 06/22/2017 | 1007 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $100.60 | $119,211.44 |
| 06/22/2017 | 1008 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $37,403.50 | $81,807.94 |
| 06/22/2017 | 1009 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $9,522.50 | $72,285.44 |
| 06/22/2017 | 1010 | Citibank N.A. | Claim #: 1; Distribution Dividend: 68.66; | 7100-000 | | $3,612.73 | $68,672.71 |
| 06/22/2017 | 1011 | ALTAIR OH XIII, LLC | Claim #: 7; Distribution Dividend: 68.66; | 7100-000 | | $17,161.36 | $51,511.35 |
| 06/22/2017 | 1012 | American Express Centurion Bank | Claim #: 8; Distribution Dividend: 68.66; | 7100-000 | | $23,706.68 | $27,804.67 |
| 06/22/2017 | 1013 | American Express Bank, FSB | Claim #: 11; Distribution Dividend: 68.66; | 7100-000 | | $24,034.79 | $3,769.88 |
| 06/22/2017 | 1014 | Portfolio Recovery Associates, LLC | Claim #: 12; Distribution Dividend: 68.66; | 7100-000 | | $40.60 | $3,729.28 |
| 06/22/2017 | 1015 | Synchrony Bank | Claim #: 16; Distribution Dividend: 68.66; | 7100-000 | | $3,729.28 | $0.00 |
| 10/09/2017 | 1010 | VOID: Citibank N.A. | Check over 90 days old - need to investigate | 7100-003 | | ($3,612.73) | $3,612.73 |
| 10/13/2017 | 1016 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS | 7100-001 | | $3,612.73 | $0.00 |
| | | | **SUBTOTALS** | | $120.00 | $125,475.31 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3                        Exhibit 9

| | |                                    | | |
|---|---|---|---|---|
| **Case No.** | 13-46380-CAD | **Trustee Name:** | Gus A. Paloian | |
| **Case Name:** | KOHLENBRENER, PAUL D | **Bank Name:** | East West Bank | |
| **Primary Taxpayer ID #:** | **-***6489 | **Checking Acct #:** | ******0351 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | PAUL D. KOHLENBRENER | |
| **For Period Beginning:** | 12/2/2013 | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 1/9/2018 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $125,570.03 | $125,570.03 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $125,570.03 | $125,570.03 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $125,570.03 | $125,570.03 | |

**For the period of 12/2/2013 to 1/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $125,570.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125,570.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/09/2015 to 1/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $125,570.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125,570.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 13-46380-CAD | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | KOHLENBRENER, PAUL D | | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***6489 | | **Checking Acct #:** | ******0351 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | PAUL D. KOHLENBRENER |
| **For Period Beginning:** | 12/2/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/9/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $125,570.03 | $125,570.03 | $0.00 |

**For the period of 12/2/2013 to 1/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $125,570.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125,570.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/02/2015 to 1/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $125,570.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $125,570.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $125,570.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125,570.03 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN